UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ETTA MORELAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAYTHEON COMPANY,<br><br>　　　　　Defendant. | No. 2:19-cv-00906 MCE AC (PS)<br><br><br>ORDER |

　　　On July 15, 2019, this court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 3. That deadline has now passed, and plaintiff has not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of the case pursuant to Local Civil Rule 110.

DATED: August 20, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE